

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

**GREGORY S. TABAKMAN**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054

T: (973) 966 8020  F: (973) 206 6081
gtabakman@daypitney.com

March 30, 2020

**VIA ECF**

The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

    Re:    Ray et al v. 1650 Broadway Associates Inc. et al.
             Civil Action No. 1:16-cv-09858-VSB

Dear Judge Broderick:

    This Firm represents defendants 1650 Broadway Associates, Inc. d/b/a Ellen's Stardust Diner ("Stardust") and Kenneth Sturm (collectively, "defendants"). We write in response to plaintiffs' letter requesting that the Court schedule a telephonic conference to conduct the hearing for their Motion for Preliminary Settlement Approval (ECF No. 171). We agree that, given the current health crisis, it is not appropriate to conduct this hearing in-person. In addition, given the nature of the settlement at issue, and the unprecedented crisis that *all* parties are currently facing, we believe it is more prudent to conduct this hearing at a later date and time.

    Thank you for Your Honor's consideration.

                            Respectfully submitted,

                            Gregory S. Tabakman

cc:    Roger Joel Bernstein, Esq. (via ECF)
       Benjamin Nathan Dictor, Esq. (via ECF)

98971820.1
105241891.1