UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN RAY, BRIAN ESPOSITO, SAMUEL LADD and JENNA MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>1650 BROADWAY ASSOCIATES INC. d/b/a ELLEN'S STARDUST DINER, and KENNETH STURM, jointly and severally,<br><br>Defendants. | No.: 1:16-cv-09858 (VSB) |

### [Proposed] AMENDED FINAL JUDGMENT

It is hereby ORDERED and ADJUDGED that the Final Judgment dated May 28, 2021, is amended as follows:

1. Plaintiffs' counsel are awarded Attorneys' Fees in the amount of $402,590, $134,026.25 of which is to be paid with the First Installment of $725,000, and the remainder of which, less the amount due from plaintiffs' counsel to the Settlement Claims Administrator for its services, is to be paid from the Second Installment of $725,000.

2. All other provisions of this Court's Final Judgment dated May 28, 2021, remain in full force and effect.

Dated: New York, New York
       June 9, 2021

_____
United States District Judge

1